*Davis, T. M. Pierce,* and *J. L. Howell* for petitioner. *Mr. William H. Allen* for respondent.

No. 473. HUMPHREY ET AL. *v.* SOUTHERN PACIFIC CO. December 19, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harry W. Glensor* for petitioners. *Mr. Arthur B. Dunne* for respondent.

No. 474. OQUENDO *v.* FEDERAL RESERVE BANK OF NEW YORK ET AL. December 19, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Benjamin A. Wilder* and *Michael M. Platzman* for petitioner. *Messrs. Ralph M. Carson* and *Chester Bordeau* for respondents.

No. 477. WOHL ET AL. *v.* REALTY ASSOCIATES SECURITIES CORP. December 19, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Emanuel Harris* for petitioners. *Mr. Frederick A. Keck* for respondent.

No. 529. HURT *v.* ZERBST, WARDEN. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appears for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Payne Hurt, pro se.* No appearance for respondent.

No. 533. DE MARIOS *v.* HUDSPETH, WARDEN. January 3, 1939. Petition for writ of certiorari to the Circuit